**Mohamed NAGI, Petitioner**

v.

**Michael B. MUKASEY, U.S. Attorney General, Respondent.**

No. 07–60305
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 14, 2008.

Lawrence B. Fabacher, II, Law Offices of Lawrence B. Fabacher, New Orleans, LA, for Petitioner.

Thomas Ward Hussey, Director, Linda Susan Wendtland, U.S. Department of Justice, Office of Immigration Litigation, Shelley R. Goad, U.S. Department of Justice, Civil Division Immigration Litigation, Washington, DC, Trey Lund, U.S. Immigration and Customs Enforcement Field Office Director, New Orleans, LA, for Respondent.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Mohamed Nagi, a native and citizen of Yemen, petitions this court to review the decision of the Board of Immigration Appeals (BIA) adopting and affirming the decision of the Immigration Judge (IJ) denying his application for withholding of removal. Nagi argues that he demonstrated a well-found fear of persecution based on his respect for all religions and the prohibition against apostasy, or conversion from Islam, in Yemen. We conclude from a review of the record that the BIA's determination is supported by substantial evidence, and the record does not compel a conclusion contrary to the BIA's denial of withholding of removal. *See Roy v. Ashcroft*, 389 F.3d 132, 138 (5th Cir.2004); *Efe v. Ashcroft*, 293 F.3d 899, 906 (5th Cir. 2002); 8 C.F.R. § 208.16(b). The petition for review is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.